■ THE PEOPLE OF THE STATE OF NEW YORK, v EDDIE JOSEPH GULLEY, Defendant.—Motion for extension of time to seek leave to appeal denied as unnecessary. Memorandum: Defendant moves for an extension of time to seek permission to appeal from an order dated March 24, 1987 denying his motion pursuant to CPL 440.10 to set aside his conviction. This motion is unnecessary. The order of March 24, 1987 has not been entered; hence, defendant's time to seek permission to appeal has not begun to run (see, CPL 460.10 [1] [a]). Present—Callahan, J. P., Denman, Boomer, Pine and Lawton, JJ.

■ In the Matter of ROGER GUSHEA.—Application for permission to appeal denied. Memorandum: CPL 330.20 (21) does not authorize us to grant permission to appeal from an order denying an application pursuant to CPL 330.20 (16) for a rehearing and review of a retention order. Present—Callahan, J. P., Denman, Boomer, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAL BRIGGS, Appellant.—Motion for summary reversal denied with leave to renew upon showing that there are no alternative means to reconstruct the missing parts of the record (People v Glass, 43 NY2d 283; Matter of Christian [Carty], 122 AD2d 622). (Order entered Oct. 28, 1987.)